# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Givonno D. Carter**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00111-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Tapp | ) | |
| FNU Morgan | ) | |
| FNU Ingram | ) | |
| FNU Hensley**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2019 Order.

                                              November 14, 2019

_____
Frank G. Johns, Clerk
United States District Court